UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH EDWARD FRANCIS LUIZ,

    Plaintiff,

-against-

DONALD TRUMP,

    Defendant.

21-CV-3836 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued July 2, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i), (ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 2, 2021
         New York, New York

           /s/ Laura Taylor Swain
           LAURA TAYLOR SWAIN
         Chief United States District Judge